IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRAVIS CULLITON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:23-cv-00246 |
| CASEY FIDDLER, MICHAEL THOMAS, JEFF CARROLL, and CITY OF MURFREESBORO, TENNESSEE, | ) Judge Aleta A. Trauger |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motion for Summary Judgment (Doc. No. 34) filed on behalf of defendants Casey Fiddler, Michael Thomas, Jeff Carroll, and the City of Murfreesboro, Tennessee ("City"), seeking dismissal of all claims asserted against them in the Complaint (Doc. No. 1) filed by plaintiff Travis Culliton, is **GRANTED IN PART AND DENIED IN PART**.

Specifically, the motion is **GRANTED** (1) with respect to all claims against Jeff Carroll and the City and (2) **GRANTED** as to all claims against Casey Fiddler and Michael Thomas *except* the state law false arrest claim. The motion is **DENIED** as to the state law false arrest claim against those two defendants. Trial of this claim remains scheduled for January 28, 2025.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge